UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.D. a minor, by and through her guardian Cindy Brown,<br><br>  Plaintiff,<br><br>  vs.<br><br>Moreland School District,<br><br>  Defendant. | Case Number: C 13-02083-JST<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME |

Pursuant to the Stipulation of the Parties, the Plaintiff's opposition to the Defendant's Motion to Dismiss [Docket number 11] shall be May 20, 2014 and Defendant's Response shall be May 30, 2014. The initial case management conference shall be August 7, 2014 at 1:30 P.M.

~~The parties joint case management conference statement shall be due 20 days from the date of the Order on the Motion to Dismiss and the case management conference shall be 30 days from the Motion to Dismiss.~~

IT IS SO ORDERED.

DATED:   March 28, 2014                             *Lucy H. Koh*
                                        _____
                                        LUCY H. KOH
                                        United States District Judge

ORDER GRANTING JOINT STIPULATION TO EXTEND TIME                 Case No. C 14-00813 LHK
1