UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| S.D., by and through her guardian Cindy Brown,<br><br>Plaintiff,<br><br>v.<br><br>MORELAND SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 14-CV-00813-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff Attorney: Mandy Leigh
Defendant Attorney: Kimberly Smith

 A case management conference was held on August 7, 2014, at 1:30 p.m. A further case management conference is set for November 13, 2014, at 1:30 p.m.

 The parties shall exchange initial disclosures by September 5, 2014.

 The Court referred the parties to a settlement conference with Magistrate Judge Laurel Beeler with a deadline of November 7, 2014.

 The Court set the following case schedule:

MOTION TO SUPPLEMENT THE RECORD:

 Motion:  August 20, 2014
 Opposition: September 3, 2014
 Reply:  September 10, 2014
 Hearing:  November 13, 2014, at 1:30 p.m.

CROSS-MOTIONS FOR SUMMARY JUDGMENT (IDEA CLAIM):

 Motions:  December 1, 2014

1

Case No.: 14-CV-00813-LHK
CASE MANAGEMENT ORDER

```
Oppositions:   January 5, 2015
Replies:       January 26, 2015
Hearing:       February 19, 2015, at 1:30 p.m.
```

**IT IS SO ORDERED.**

Dated: August 7, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge