**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| S.D., by and through her guardian Cindy Brown,<br><br>  Plaintiff,<br><br>  v.<br><br>MORELAND SCHOOL DISTRICT,<br><br>  Defendant. | Case No.: 14-CV-00813-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Case Management Conference set for November 13, 2014, at 2:00 p.m. is hereby CONTINUED to December 3, 2014, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 7, 2014

_____
LUCY H. KOH
United States District Judge

1
Case No.: 14-CV-00813-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE