**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| S.D., by and through her guardian Cindy Brown, | ) | Case No.: 14-CV-00813-LHK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER FOR A JOINT STATEMENT |
| v. | ) | |
| MORELAND SCHOOL DISTRICT, | ) | |
| Defendant. | ) | |

In light of Judge Beeler's order approving the settlement of S.D.'s claims, ECF No. 41, the Court hereby ORDERS the parties to file a joint statement explaining why the parties need forty-five (45) days from the case management conference date of December 3, 2014, to file a stipulation for dismissal, *see* ECF No. 42.  The parties shall file their joint statement no later than December 1, 2014.

**IT IS SO ORDERED.**

Dated: November 26, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-00813-LHK
ORDER FOR A JOINT STATEMENT