UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| S.D., by and through her guardian Cindy Brown,<br><br>Plaintiff,<br><br>v.<br><br>MORELAND SCHOOL DISTRICT,<br><br>Defendant. | Case No.: 14-CV-00813-LHK<br><br>ORDER TO FILE STIPULATION OF DISMISSAL WITHOUT PREJUDICE |

In light of the parties' joint statement, ECF No. 48, the Court hereby ORDERS the parties to file, by December 2, 2014, a joint stipulation dismissing this action without prejudice. The stipulation shall provide that the Court shall retain jurisdiction to enforce the settlement agreement and that the parties shall move to dismiss the action with prejudice by February 19, 2015. Once the stipulation has been filed, the Court will vacate the remaining case schedule, including the case management conference scheduled for December 3, 2014, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: December 1, 2014

_____
LUCY H. KOH
United States District Judge