Kimberly A. Smith, SBN 176659
ksmith@f3law.com
Melanie D. Seymour, SBN 264789
mseymour@f3law.com
FAGEN FRIEDMAN & FULFROST, LLP
70 Washington Street, Suite 205
Oakland, California 94607
Phone: 510-550-8200
Fax: 510-550-8211

Attorneys for Moreland School District

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| S.D., by and through her guardian Cindy Brown,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MORELAND SCHOOL DISTRICT,<br><br>　　　　　Defendant. | CASE NO. C 14-00813 LHK<br><br>**JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>The Hon. Lucy H. Koh<br><br>Complaint Filed:　February 24, 2014<br>Trial Date:　　　　None Set |

　　　　Pursuant to the Court's Order dated December 1, 2014, the Parties hereby stipulate to a dismissal of the above-captioned matter without prejudice.  The Parties further stipulate as follows:

　　　　1.　　The Court shall retain jurisdiction over this matter to enforce the settlement agreement.

　　　　2.　　The Parties shall move to dismiss the above-captioned matter by February 19, 2015, with prejudice.

1 | DATED: December 2, 2014      LEIGH LAW GROUP

By:    /s/ Mandy G. Leigh
Mandy G. Leigh
Attorneys for Plaintiff S.D. by and through her guardian ad litem Cindy Brown

DATED: December 2, 2014      FAGEN FRIEDMAN & FULFROST, LLP

By:    /s/ Kimberly A. Smith
Kimberly A. Smith
Attorneys for Defendant Moreland School District

00219-00124/692711.1

The Clerk shall close the case file.



IT IS SO ORDERED AS MODIFIED

*Lucy H. Koh*
Judge Lucy H. Koh